Shane E. Olafson (State Bar No. 024605)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone:  602.262.5327
Facsimile:  602.734.3756
solafson@lrrc.com

Blaney Harper (admitted pro hac vice)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  202.879.3939
Facsimile:  202.626.1700
bharper@jonesday.com

*Attorneys for Defendant Cree, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| OptoLum, Inc., | No.  CV16-03828-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATION OF COUNSEL RE MOTION OF CREE, INC. TO DISMISS FOR IMPROPER VENUE** |
| Cree, Inc., | |
| Defendant. | |

Defendant Cree, Inc. ("Cree") has moved pursuant to Fed. R. Civ. P. 12(b)(3) to dismiss this case for improper venue, or in the alternative, to transfer this case to the District Court for the Middle District of North Carolina.  (Dkt. #73).  Before filing that motion, I met and conferred with Plaintiff's counsel in an attempt to resolve the issue of improper venue.  The parties were unable to agree, and OptoLum declined to amend its First Amended Complaint.

RESPECTFULLY SUBMITTED this 2nd day of June, 2017.

JONES DAY

By: *s/Blaney Harper*
Blaney Harper
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
*Attorneys for Defendant Cree, Inc.*

101475217_1

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Robert A. Brooks – rbrooks@mccarter.com

Mead Misic – mmisic@mccarter.com

Leah R. McCoy – lmccoy@mccarter.com

Kia I. Freeman – kfreeman@mccarter.com

Keith E. Toms – ktoms@mccarter.com

By: *s/Ashly White*